# EXHIBIT A

Rosanna V. Narvaez
2419 Condado Court
Kissimmee, FL 34743



FILED IN OFFICE
CLERK OF THE COURT
FLORIDA

2023 OCT 30 P 3: 27

October 26, 2023

Osceola Clerk of the Circuit Court
2 Courthouse Square
Kissimmee, FL 34741

RE: 2023 CC 004098 CL - PERSOLVE RECOVERIES LLC vs. NARVAEZ-VEGA, ROSANNA

To whom it may concern,

I am writing to formally request mediation in relation to the lawsuit that has been filed against me concerning a co-signed car loan. I believe that mediation offers a constructive and amicable way to resolve the issues at hand, allowing both parties to reach a mutually agreeable solution without the need for protracted litigation. I am committed to finding a fair resolution to this matter and am hopeful that mediation can help facilitate a productive dialogue between us.

Please let me know at your earliest convenience if there is any documentation or needed information.

I look forward to hearing back.

Sincerely,

Rosanna V. Narvaez

STATE OF FLORIDA

COUNTY OF Osceola

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, this 26th day of October 2023, by Rosanna V. Narvaez.

Jessie Sloan, Notary Public State of Florida

(Personally Known) OR Produced Identification

Type of Identification Produced: N/A

Notary Public State of Florida
Jessie L. Sloan
My Commission HH 070896
Expires 12/10/2024

Rosanna Ibanez
2419 Condado Ct
Kissimmee 34743

ORLANDO FL 328
27 OCT 2023 PM 3 L

$4.75
US POSTAGE
FIRST-CLASS
062S0008357171
34744

To: Clerk of the County Court
Osceola County Courthouse
ATTN: Clerk of the Cour
2 Courthouse Squar
Suite 2000
Kissimmee, Fl 347



CERTIFIED MAIL



9589 0710 5270 0142 0642 64

Tracking No: WTS0000753156

CIVIL DEPT
Court House

Phone: Unspecified
Received On: 10/30/2023 10:41:03am

34741-546702