# EXHIBIT B

**IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR OSCEOLA COUNTY**
**CIVIL DIVISION**

PERSOLVE RECOVERIES, LLC
    Plaintiff,

vs.        CASE NO. 2023 CC 004098 CL

ROSANNA NARVAEZ-VEGA ; LUIS RODRIGUEZ,
    Defendants,
_____/

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW**, the Plaintiff, PERSOLVE RECOVERIES, LLC, by and through its undersigned attorney, pursuant to Rule 1.510 of Florida Rules of Civil Procedure, and moves this Court for Final Summary Judgment against Defendants, ROSANNA NARVAEZ-VEGA, and in support thereof states as follows:

1. On October 20, 2016, Defendant(s) executed and delivered a Promissory Note/Security Agreement in favor of BRIDGECREST ACCEPTANCE CORPORATION.

2. Defendant(s) failed to pay the installment payment due on the note for the month of October 15, 2018 and each subsequent payment due thereafter, and Plaintiff elected to accelerate payment of the balance.

3. Defendant ROSANNA NARVAEZ-VEGA failed to raise any legal affirmative defenses.

4. Defendant LUIS RODRIGUEZ has not been located and served.

5. In support of this Motion, Plaintiff has filed an Affidavit setting forth the amount due Plaintiff.

6. Based upon the pleadings and affidavits filed in this action, there is no genuine issue as to any material fact, Plaintiff is entitled to a Final Judgment against Defendant(s), ROSANNA NARVAEZ-VEGA as a matter of law.

**WHEREFORE**, Plaintiff prays that this Honorable Court enter Final Judgment against Defendants, ROSANNA NARVAEZ-VEGA, in the amount of $13,814.14, along with attorney fees, costs and such other and further relief it deems appropriate in the premises.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing MOTION FOR SUMMARY JUDGMENT, has been furnished by U.S. Mail to ROSANNA NARVAEZ-VEGA, 35 SILVER SWAN CT, KISSIMMEE, FL 34743, this __April 2, 2024_____.

_____*Amanda Duffy*_____
Consuegra & Duffy P.L.L.C.
- Amanda R. Duffy/Florida Bar #35612
- Joshua D. Moore/Florida Bar #096062
- Evan D. Kidd/Florida Bar #116202
- Joseph C. Dominguez/Florida Bar #65013

PO Box 172069, Tampa, Florida 33672
Tel (866) 798-9110
Email: lawsuitnotices@consuegralaw.com
Our File No.: 98194

## IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR OSCEOLA COUNTY
### CIVIL DIVISION

PERSOLVE RECOVERIES, LLC,

    Plaintiff,

vs.                                                                      CASE NO. 2023 CC 004098 CL

ROSANNA NARVAEZ-VEGA; LUIS RODRIGUEZ,

    Defendant(s).

_____/

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on the 28th day of June, 2024 at 09:30AM or as soon thereafter as counsel may be heard, the attorney for the Plaintiff will call up for hearing its **Motion for Summary Judgment** before the **Honorable Juna M Pulayya**, one of the Judges of the above-entitled Court. All parties are to appear in-person in **Courtroom 3-D at the Jon B. Morgan Osceola County Courthouse, 2 Courthouse Sq, Kissimmee, FL 34741**.

PLEASE BE GOVERNED ACCORDINGLY

TIME RESERVED: 15 Minutes

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Notice of Hearing**, has been furnished by U.S. Mail to ROSANNA NARVAEZ-VEGA, 35 SILVER SWAN CT, KISSIMMEE, FL 34743 this 9th day of May 2024.

/s/ Joshua D. Moore 096062
Consuegra & Duffy P.L.L.C.
- Amanda R. Duffy/Florida Bar #35612
- Joshua D. Moore/Florida Bar #096062
- Evan D. Kidd/Florida Bar #116202
- Joseph C. Dominguez/Florida Bar #65013

PO Box 172069, Tampa, Florida 33672
Tel (866) 798-9110
Email: lawsuitnotices@consuegralaw.com
Our File No.: 98194

QLaw#98194